UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER MODIFYING CONDITIONS OF RELEASE |
| MARGARITA DIAZ | Mag. No. 11-211(KSH) |

This matter having come before the Court on the application of defendant, Margarita Diaz, (by John H. Yauch, Assistant Federal Public Defender) for an Order modifying conditions of release in the above captioned matter, and the United States ( by Donna Gallucio, Assistant U.S. Attorney) having consented thereto, and for good cause shown;

IT IS on this 4th day of MAY, 2011, HEREBY ORDERED that:

1. That the defendant, Margarita Diaz is hereby permitted to travel outside of the country upon approval of her itinerary by United States Pretrial Services

2. All other conditions of bail remain intact.

_____
HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

consented to:

_[signature]_
Donna Gallucio, Esq.


_[signature]_
John Yauch, Esq.